UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD WESLEY, JR.                         CIVIL ACTION

VERSUS                                       NO. 06-2585

RICHARD STALLER, ET AL.                  SECTION "J"(1)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Ronald Wesley, Jr. is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 15th day of June, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE